UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDY LAYMAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | NO: 2:12-CV-3050-VEB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

**BEFORE THE COURT** is Magistrate Judge Bianchini's February 28, 2014, Report and Recommendation to Grant Plaintiff's Motion for Summary Judgment, ECF No. 27.  Plaintiff is represented by D. James Tree.  Assistant Attorney General Jordan D. Goddard and Assistant United States Attorney Pamela J. DeRusha represent Defendant.  Objections to the Report and Recommendation were due March 14, 2014.  No objections were filed.

Having reviewed the February 28, 2014, Report and Recommendation, **ECF No. 27**, and there being no objection made, the Report and Recommendation is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **GRANTED**.

2. Defendant's Motion for Summary Judgment, **ECF No. 18**, is **DENIED**.

3. This case is hereby remanded for further proceedings.

**IT IS SO ORDERED**. The District Court Clerk is directed to file this Order and provide a copy to counsel.

**DATED** this 17th day of October 2014.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge